UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MICHAEL ROSENBERG, On Behalf of Himself and All Others Similarly Situated, Plaintiffs, | Civil Action No. 04-CV-12220 NMG |
| v. | |
| ASCENT TECHNOLOGY, INC., Defendant. | |

## STIPULATION AND ORDER EXTENDING TIME
## TO ANSWER, MOVE, OR OTHERWISE PLEAD

WHEREAS, plaintiff Michael Rosenberg has served defendant Ascent Technology, Inc. ("Ascent") with the class action complaint in the captioned action; and

WHEREAS, this action has been deemed a "tag-along" action subject to transfer under 28 U.S.C. § 1407 and the order of the Judicial Panel on Multidistrict Litigation in *In Re American Airlines, Inc., Privacy Litigation*, Docket No. 1627 (October 26, 2004), to the United States District Court for the Northern District of Texas (Fitzwater, J.).

WHEREAS, the parties intend to request that the United States District Court for the Northern District of Texas order Ascent to respond to the complaint concurrently with the defendants in another action to be transferred to that District under the same order, namely, *Michael Rosenberg, et al. v. AMR Corp., et al.*, Civil No. CV 04 2008 (CBA)(E.D.N.Y.); and

WHEREAS, the deadline of the defendants in that latter action to respond is currently by stipulation extended without deadline.

NOW, THEREFORE, the parties stipulate and agree that the time in which Ascent shall answer, move, or otherwise plead in response to the complaint shall be extended without deadline to a date to be determined by the United States District Court for the Northern District of Texas.

It is so ordered.

_____
United States District Judge

FHBOSTON/1128524.1

MICHAEL ROSENBERG

By his attorneys,

/s/Nancy Freeman Gans

Nancy Freeman Gans, BBO #184540
MOULTON & GANS, P.C.
33 Broad Street, Suite 1100
Boston, MA 02109-4216
Tel. (617)369-7979

Michael M. Buchman
J. Douglas Richards
MILBERG WEISS BERSHAD &
SCHULMAN LLP
One Pennsylvania Plaza
New York, New York 10119-0165
Tel. (212)594-5300

Jack G. Fruchter
ABRAHAM, FRUCHTER & TWERSKY LLP
One Penn Plaza, Suite 1910
New York, New York 10119
Tel. (212)279-5050


ASCENT TECHNOLOGY, INC.

By its attorneys,


/s/ John A. Shope

John A. Shope, BBO #562056
William McGeveran, BBO #658632
FOLEY HOAG LLP
155 Seaport Boulevard
Boston, MA 02210
Tel. (617)832-1000

Dated: November 8, 2004

<u>Certificate of Service</u>

    I, William McGeveran, one of the attorneys for defendant Ascent Technology, Inc., hereby certify that I served the foregoing document by causing a true copy thereof to be mailed by first-class mail, postage pre-paid, to:

1. Nancy Freeman Gans, Esquire
   MOULTON & GANS, P.C.
   33 Broad Street, Suite 1100
   Boston, MA 02109-4216

2. Michael M. Buchman, Esquire
   MILBERG WEISS BERSHAD & SCHULMAN LLP
   One Pennsylvania Plaza
   New York, New York 10119-0165

3. Jack G. Fruchter, Esquire
   ABRAHAM, FRUCHTER & TWERSKY LLP
   One Penn Plaza, Suite 1910
   New York, New York 10119

                                                                          William McGeveran

Dated: November 8, 2004