# United States District Court

DISTRICT OF MASSACHUSETTS

MICHAEL ROSENBERG, On Behalf of Himself
and All Others Similarly Situated,

**SUMMONS IN A CIVIL CASE**

V.

CASE NUMBER:

ASCENT TECHNOLOGY, INC.

**04 12220 NMG**

TO: (Name and address of defendant)

ASCENT TECHNOLOGY, INC.
One Broadway, Fifth Floor
Cambridge, MA

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

| | | |
|---|---|---|
| Nancy Freeman Gans<br>MOULTON & GANS, P.C.<br>33 Broad St., Suite 1100<br>Boston, MA 02109-4216<br>617-369-7979 | Michael M. Buchman<br>J. Douglas Richards<br>MILBERG WEISS BERSHAD &<br>  SCHULMAN LLP<br>One Pennsylvania Plaza<br>New York, NY 10119-0165<br>212-594-5300 | Jack G. Fruchter<br>ABRAHAM, FRUCHTER &<br>  TWERSKY LLP<br>One Penn Plaza, Suite 1910<br>New York, NY 10119<br>212-279-5050 |

an answer to the complaint which is herewith served upon you, within __twenty (20)__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK

OCT 2 2 2004

DATE

(BY) DEPUTY CLERK

# RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me (1) | DATE: October 29, 2004 |
| NAME OF SERVER: JOSEPH OLINTO | TITLE: Process Server / A Disinterested Person |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____, MASSACHUSETTS

☐ Left copies thereof at the defendant's dwelling or usual place of abode with a person of suitable age and discretion then residing therein. Name of person whom the summons and complaint were left: _____

Said service was made at: _____, MASSACHUSETTS

☒ Other: By handing true and attested copies thereof to **Mr. Kevin Jarry, Accounting Manager and** Duly Authorized Agent for the within-named **Defendant, Ascent Technology, Inc.**

Said service was made at: **One Broadway, Fifth Floor, Cambridge**, MASSACHUSETTS

## STATEMENT OF SERVICE FEES

SERVICE FEE $ _____   Trips _____

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on **October 29, 2004**

Signature of Server: *Joseph Olinto*

One Devonshire Place, Boston, Massachusetts
Address of Server

**ADDITIONAL INFORMATION**
PLEASE NOTE THAT IT WAS NECESSARY TO MAKE ____ ATTEMPTS BEFORE MAKING PROPER SERVICE.

| Date | Time | Remarks | FEE |
|---|---|---|---|
| | | | $ _____ |
| | | Said service was made at 3:20p.m. | $ _____ |
| | | | $ _____ |
| | | Please note Mr. Jarry is a white male, approximately in his early 30 yrs., black hair, about 5'10", about 160 lbs., glasses. | $ _____ |
| | | | $ _____ |
| | | | $ _____ |
| | | TOTAL | $ _____ |

Subscribed and sworn to before me, a Notary Public, this 29th Day of October, 2004

*[signature]*

My Commission Expires: 12/24/04

(1) As to who may serve a summons see Rule 4 to the Federal Rules of Civil Procedure.

**Suvalle, Jodrey & Associates**
**Massachusetts Constables since 1925**

One Devonshire Place
Boston, MA 02109

Telephone # (617) 720-5733
Fax # (617) 720-5737