April 12, 2005


U. S. District Court
Eastern District of Massachusetts


RE:   See Attached Transfer Order

SUBJECT:  In Re: American Airlines Inc Privacy Litigation
              Docket No. 3:04md1627-D

Dear Clerk

      Attached is a copy of the order of the Judicial Panel on Multidistrict Litigation directing the transfer of the above civil action to this district under 28 U.S.C. 1407.

      Please forward to this office your entire file and a certified copy of the docket report or if you are a ECF court. Please notify me when you have docketed this order.   Receipt of this order may be acknowledge by sending the requested documents or email.


                Sincerely
                Karen Mitchell
                Clerk of Court

            By:_____/s/_____
                S VanCamp, Deputy Clerk


Enclosures/Attachment