

DOCKET NO. 1627

**BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

*IN RE AMERICAN AIRLINES, INC., PRIVACY LITIGATION*

*Michael Rosenburg v. Ascent Technology, Inc.*, D. Massachusetts, C.A. No. 1:04-12220

**CONDITIONAL TRANSFER ORDER (CTO-2)**

On October 26, 2004, the Panel transferred one civil action to the United States District Court for the Northern District of Texas for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. Since that time, one additional action has been transferred to the Northern District of Texas. With the consent of that court, all such actions have been assigned to the Honorable Sidney A. Fitzwater.

It appears that the action on this conditional transfer order involves questions of fact which are common to the actions previously transferred to the Northern District of Texas and assigned to Judge Fitzwater.

Pursuant to Rule 7.4 of the <u>Rules of Procedure of the Judicial Panel on Multidistrict Litigation</u>, 199 F.R.D. 425, 435-36 (2001), this action is transferred under 28 U.S.C. § 1407 to the Northern District of Texas for the reasons stated in the order of October 26, 2004, 342 F.Supp.2d 1355 (J.P.M.L. 2004), and, with the consent of that court, assigned to the Honorable Sidney A. Fitzwater.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Northern District of Texas. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Michael J. Beck
Clerk of the Panel

Inasmuch as no objection is pending at this time, the stay is lifted.

APR - 6 2005

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

INVOLVED COUNSEL LIST (CTO-2)
DOCKET NO. 1627
IN RE AMERICAN AIRLINES, INC., PRIVACY LITIGATION

Jack G. Fruchter
Abraham, Fruchter & Twersky, LLP
One Penn Plaza
Suite 2805
New York, NY 10119

Nancy Freeman Gans
Moulton & Gans, P.C.
33 Broad Street
Suite 1100
Boston, MA 02109

William A. McGeveran, III
Foley Hoag, LLP
155 Seaport Boulevard
Seaport World Trade Center West
Boston, MA 02210

J. Douglas Richards
Milberg, Weiss, Bershad & Schulman, LLP
One Pennsylvania Plaza
New York, NY 10119-0165